**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| ORIANNA ANDREINA GARCIA RAMIREZ, )<br>                                          )<br>          Petitioner,                 )<br>                                          )<br>v.                                        )<br>                                          )<br>JOSHUA JOHNSON, et al.,               )<br>                                          )<br>          Respondents.              ) | Case No. CIV-26-426-J |

## <u>ORDER</u>

Petitioner Orianna Andreina Garcia Ramirez, a non-citizen proceeding with counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 challenging her detention by the U.S. Immigration and Customs Enforcement. The matter was referred to United States Magistrate Judge Amanda L. Maxfield for initial proceedings consistent with 28 U.S.C. § 636. [Doc. No. 3]. As of March 25, 2025, Petitioner had failed to either pay the filing fee or file an application to proceed in forma pauperis, and Judge Maxfield issued a Report and Recommendation recommending the Court dismiss the action without prejudice to re-filing based on Petitioner's failure to either pay the filing fee or file an application to proceed *in forma pauperis*. [Doc. No. 10]. Petitioner has now paid the filing fee. [Doc. No. 11]. Because Petitioner has paid the filing fee, the Court FINDS the Report and Recommendation [Doc. No. 10] is now MOOT. This matter is RECOMMITTED to Judge Maxfield.

IT IS SO ORDERED this 9th day of April, 2026.

_____
BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE